IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA      PLAINTIFF

v.      NO. 4:13CR00105-01 JLH

KADY VAIL      DEFENDANT

### JUDGMENT and COMMITMENT ORDER

Court convened on Thursday, November 5, 2015, for a scheduled hearing on the government's superseding motion to revoke probation. Document #26. Assistant United States Attorney Linda Lipe was present for the government. The defendant appeared in person with her attorney, Assistant Federal Public Defender Molly Sullivan.

Based on the defendant's admission of the violations outlined in the superseding motion, the Court determined that defendant's probation should be revoked. The superseding motion to revoke probation is GRANTED. Document #26.

IT IS THEREFORE ORDERED that defendant is sentenced to **TIME SERVED**. **A term of supervised release of six (6) months is imposed with the following special conditions:**

- The defendant must participate in and successfully complete a residential substance abuse treatment program under the guidance and supervision of the probation office.

- Termination from the treatment program will be considered a violation of supervised release.

- The defendant must pay her remaining $50 special assessment fee within the next six (6) months.

All other conditions of supervision previously imposed will remain in full force and effect throughout the duration of supervision.

IT IS SO ORDERED this 5th day of November, 2015.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE